COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:     (415) 433-1900
Facsimile:      (415) 433-5530

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, et al.,<br><br>             Plaintiffs,<br><br>       vs.<br><br>DDR MDT MV ANAHEIM HILLS LP, et al.,<br><br>             Defendants. | CASE NO. CV 10-3493 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**  ; ORDER<br><br>**(Local Rule 6.1(a))** |

IT IS HEREBY STIPULATED between Plaintiffs WELLS FARGO BANK, N.A., as Trustee, et al. and Defendants DDR MDT MV ANAHEIM HILLS LP, et al., through counsel, that Defendants' time to respond to the complaint is extended for thirty (30) days.

Defendant's response to the complaint shall be due on November 12, 2010.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

641726.1

CV 10-3493 EMC

STIPULATION TO EXTEND TIME TO RESPOND

| | | |
|---|---|---|
| 1 | DATED: October 12, 2010 | Jeffer Mangels Butler & Mitchell LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Robert B. Kaplan<br>Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, et al. |
| 5 | | |
| 6 | DATED: October 12, 2010 | COOPER, WHITE & COOPER LLP |
| 7 | | |
| 8 | | By: /s/<br>Stephen Kaus |
| 9 | | Attorneys for Defendants DDR MDT MV Anaheim Hills LP, et al |

**GENERAL ORDER 45 ATTESTATION**

I, Stephen Kaus, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I attest that I have the written concurrence to represent the signature of Robert B. Kaplan on this document.

Dated: October 12, 2010                              By: /s/
                                                     Stephen Kaus

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate
Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*