JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN (Bar No. 76950)
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiffs WELLS FARGO BANK, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, its Special Servicer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, etc.,<br><br>Plaintiffs,<br><br>v.<br><br>DDR MDT MV ANAHEIM HILLS LP, etc., et al.,<br><br>Defendants. | CASE NO.    CV 10-3493 EMC<br><br>**STIPULATION FOR ORDER CHANGING NAME OF PLAINTIFFS** ; ORDER |

Plaintiffs Wells Fargo Bank, N.A., as Trustee (the "Trustee") for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates (collectively, the "Plaintiffs") acting by through their Special Servicer Midland Loan Services, a Division of PNC Bank, National Association ("Midland") through their attorneys of record Robert B. Kaplan, Esq. of Jeffer Mangels Butler & Mitchell LLP and Defendants DDR MDT MV Anaheim Hills LP, a Delaware limited partnership; DDR MDT MV Antioch LP, a Delaware limited partnership; DDR MDT MV Chandler LLC, a Delaware limited liability company; DDR MDT MV Chino LP, a Delaware limited partnership; DDR MDT MV Clovis LP, a Delaware limited partnership; DDR MDT MV Deer

PRINTED ON RECYCLED PAPER
1102987v1

1 Valley LLC, a Delaware limited liability company; DDR MDT MV Folsom LP, a Delaware limited
2 partnership; DDR MDT MV Foothill Ranch LP, a Delaware limited partnership; DDR MDT MV
3 Garden Grove LP, a Delaware limited partnership; DDR MDT MV Ingram LP, a Delaware limited
4 partnership; DDR MDT MV Lompoc LP, a Delaware limited partnership; DDR MDT MV Madera
5 LP, a Delaware limited partnership; DDR MDT MV North Fullerton I LP, a Delaware limited
6 partnership; DDR MDT MV Palmdale LP, a Delaware limited partnership; DDR MDT MV
7 Redding LP, a Delaware limited partnership; DDR MDT MV Reno LLC, a Delaware limited
8 liability company; DDR MDT MV Santa Maria LP, a Delaware limited partnership; DDR MDT
9 MV Santa Rosa LP, a Delaware limited partnership; DDR MDT MV Silver Creek LLC, a Delaware
10 limited liability company; DDR MDT MV Slatten Ranch LP, a Delaware limited partnership; DDR
11 MDT MV Sonora LP, a Delaware limited partnership; DDR MDT MV Superstition Springs LLC, a
12 Delaware limited liability company; DDR MDT MV Tucson LLC, a Delaware limited liability
13 company; DDR MDT MV Tulare LP, a Delaware limited partnership; DDR MDT MV West Las
14 Vegas LLC, a Delaware limited liability company; and DDR MDT MV Burbank LP, a Delaware
15 limited partnership (collectively, the "Defendants") through their attorneys of record Stephen Kaus,
16 Esq. of Cooper White & Cooper LLP stipulate (the "Stipulation") and declare as follows.

### RECITALS

A. Plaintiffs have represented to Defendants that the names of the Plaintiffs in the above-entitled action have been changed as follows:

> WELLS FARGO BANK, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, its Special Servicer

B. Plaintiffs and Defendants hereby stipulate that the name of the Plaintiffs should be changed as set forth above in recital A.

///
///

PRINTED ON RECYCLED PAPER
1102987v1
JMBM Jeffer Mangels Butler & Mitchell LLP

JMBM Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER
1102987v1

## STIPULATION

1. Plaintiffs and the Defendants hereby request that the Court enter an Order in the form attached hereto as <u>Exhibit 1</u>, changing the name of the Plaintiffs in the above-entitled action.

DATED: March 31, 2011            JEFFER MANGELS BUTLER & MITCHELL LLP

By:   /s/ Robert B. Kaplan
         ROBERT B. KAPLAN

Attorneys for Plaintiffs WELLS FARGO BANK, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, its Special Servicer

| | | |
|---|---|---|
| 1 | DATED: March 31, 2011 | COOPER WHITE & COOPER LLP |
| 2 | | |
| 3 | | By: /s/ Stephen Kaus<br>STEPHEN KAUS |

Attorneys for Defendants DDR MDT MV Anaheim Hills LP, DDR MDT MV Antioch LP, DDR MDT MV Chandler LLC, DDR MDT MV Chino LP, DDR MDT MV Clovis LP, DDR MDT MV Deer Valley LLC, DDR MDT MV Folsom LP, DDR MDT MV Foothill Ranch LP; DDR MDT MV Garden Grove LP, DDR MDT MV Ingram LP, DDR MDT MV Lompoc LP, DDR MDT MV Madera LP, DDR MDT MV North Fullerton I LP, DDR MDT MV Palmdale LP, DDR MDT MV Redding LP, DDR MDT MV Reno LLC, DDR MDT MV Santa Maria LP, DDR MDT MV Santa Rosa LP, DDR MDT MV Silver Creek LLC, DDR MDT MV Slatten Ranch LP, DDR MDT MV Sonora LP, DDR MDT MV Superstition Springs LLC, DDR MDT MV Tucson LLC, DDR MDT MV Tulare LP, DDR MDT MV West Las Vegas LLC, and DDR MDT MV Burbank, LP

**EXHIBIT 1**

- 5 -  STIP. FOR ORDER CHANGING NAME OF PLAINTIFFS

1  JEFFER MANGELS BUTLER & MITCHELL LLP
   ROBERT B. KAPLAN (Bar No. 76950)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3813
3  Telephone:  (415) 398-8080
   Facsimile:  (415) 398-5584
4
5  Attorneys for Plaintiffs WELLS FARGO BANK, N.A., as Trustee
   for (i) the Registered Holders of GE Commercial Mortgage
   Corporation Commercial Mortgage Pass-Through Certificates,
6  Series 2005-C4; (ii) the Registered Holders of GMAC Commercial
   Mortgage Securities, Inc., Mortgage Pass-Through Certificates,
7  Series 2006-C1; and (iii) the Holders of COMM 2005-FL11
   Commercial Mortgage Pass-Through Certificates, acting by and
8  through Midland Loan Services, a Division of PNC Bank, National
   Association, its Special Servicer
9

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

| WELLS FARGO BANK, N.A., as Trustee, etc., | CASE NO. CV 10-3493 EMC xxx |
|---|---|
| Plaintiffs, | **ORDER APPROVING STIPULATION TO CHANGE NAME OF PLAINTIFFS** |
| v. | |
| DDR MDT MV ANAHEIM HILLS LP, etc., et al., | |
| Defendants. | |

The Court, having reviewed the Stipulation to Change Name of Plaintiffs ("Stipulation"), filed by Plaintiffs Wells Fargo Bank, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a division of PNC Bank, National Association, its Special Servicer, and Defendants DDR MDT MV Anaheim Hills LP, DDR MDT MV Antioch LP, DDR MDT MV Chandler LLC, DDR MDT MV Chino LP, DDR MDT MV Clovis LP, DDR MDT MV Deer Valley LLC, DDR MDT MV Folsom LP, DDR MDT MV Foothill Ranch LP, DDR MDT MV Garden Grove LP, DDR MDT MV Ingram LP, DDR

1  MDT MV Lompoc LP, DDR MDT MV Madera LP, DDR MDT MV North Fullerton I LP, DDR

2  MDT MV Palmdale LP, DDR MDT MV Redding LP, DDR MDT MV Reno LLC, DDR MDT MV

3  Santa Maria LP, DDR MDT MV Santa Rosa LP, DDR MDT MV Silver Creek LLC, DDR MDT

4  MV Slatten Ranch LP, DDR MDT MV Sonora LP, DDR MDT MV Superstition Springs LLC,

5  DDR MDT MV Tucson LLC, DDR MDT MV Tulare LP, DDR MDT MV West Las Vegas LLC,

6  and DDR MDT MV Burbank, LP, and good cause appearing therefor:

7      IT IS HEREBY ORDERED that the following Plaintiffs shall be substituted in place

8  in lieu of the original Plaintiffs in the above-entitled action:

Plaintiffs WELLS FARGO BANK, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, its Special Servicer.

DATED: 4/6/11

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen