| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | ROBERT B. KAPLAN (Bar No. 76950) |
| 2 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California 94111-3813 |
| 3 | Telephone:   (415) 398-8080 |
| | Facsimile:   (415) 398-5584 |
| 4 | |

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through CWCapital Asset Management, LLC, its Special Servicer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, etc., | CASE NO.   CV 10-3493 EMC |
| Plaintiffs, | **ORDER APPROVING SECOND STIPULATION TO CHANGE NAME OF PLAINTIFFS** |
| v. | |
| DDR MDT MV ANAHEIM HILLS LP, etc., et al., | |
| Defendants. | |

The Court, having reviewed the Stipulation to Change Name of Plaintiffs ("Stipulation"), filed by Plaintiffs Wells Fargo Bank, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through Midland Loan Services, a division of PNC Bank, National Association, its Special Servicer, and Defendants DDR MDT MV Anaheim Hills LP, DDR MDT MV Antioch LP, DDR MDT MV Chandler LLC, DDR MDT MV Chino LP, DDR MDT MV Clovis LP, DDR MDT MV Deer Valley LLC, DDR MDT MV Folsom LP, DDR MDT MV Foothill Ranch LP, DDR MDT MV Garden Grove LP, DDR MDT MV Ingram LP, DDR MDT MV Lompoc LP, DDR MDT MV Madera LP, DDR MDT MV North Fullerton I LP, DDR

1  MDT MV Palmdale LP, DDR MDT MV Redding LP, DDR MDT MV Reno LLC, DDR MDT MV
2  Santa Maria LP, DDR MDT MV Santa Rosa LP, DDR MDT MV Silver Creek LLC, DDR MDT
3  MV Slatten Ranch LP, DDR MDT MV Sonora LP, DDR MDT MV Superstition Springs LLC,
4  DDR MDT MV Tucson LLC, DDR MDT MV Tulare LP, DDR MDT MV West Las Vegas LLC,
5  and DDR MDT MV Burbank, LP, and good cause appearing therefor:

6      IT IS HEREBY ORDERED that the name of the Plaintiffs in the above-entitled
7  action shall be changed to:

8      Wells Fargo Bank, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-
9  Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-
10  Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting
11  by and through CWCapital Asset Management, LLC, its Special Servicer

14  DATED: 6/27/11 _____
15      UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*

*Judge Edward M. Chen*

1164004v1      - 2 -      ORDER APPROVING SECOND STIPULATION TO CHANGE NAME OF PLAINTIFFS

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Mitchell LLP
JMBM