1  JEFFER MANGELS BUTLER & MITCHELL LLP
   ROBERT B. KAPLAN, P.C. (Bar No. 76950)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3813
3  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584
4
5  Attorneys for Plaintiffs WELLS FARGO BANK, N.A., as Trustee
   for (i) the Registered Holders of GE Commercial Mortgage
   Corporation Commercial Mortgage Pass-Through Certificates,
6  Series 2005-C4; (ii) the Registered Holders of GMAC Commercial
   Mortgage Securities, Inc., Mortgage Pass-Through Certificates,
7  Series 2006-C1; and (iii) the Holders of COMM 2005-FL11
   Commercial Mortgage Pass-Through Certificates, acting by and
8  through CWCapital Asset Management, LLC, its Special Servicer

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  WELLS FARGO BANK, N.A.,              CASE NO.    CV 10-3493 EMC xxx
    as Trustee, etc.,
12                                       DECLARATION OF WILLIAM HOFFMAN
                                         IN SUPPORT OF MOTION AND MOTION
13              Plaintiffs,              FOR ORDERS:

14        v.                             (1)  APPROVING OF RECEIVER'S FINAL
                                              ACCOUNTING;
15  DDR MDT MV ANAHEIM HILLS LP, etc.,   (2)  APPROVING OF RECEIVER'S FINAL
    et al.,                                   FEES AND EXPENSES;
16                                       (3)  DISCHARGING RECEIVER;
                Defendant.               (4)  EXONERATING RECEIVER'S BOND;
17                                       (5)  APPROVING TURNOVER OF BOND;
                                         (6)  RATIFYING ACTS OF RECEIVER
18
                                         Date:   February 28, 2013
19                                       Time:   1:30 p.m.
                                         Place:  450 Golden Gate Avenue
20                                               San Francisco, California
                                                 Courtroom 5, 17th Floor
21

22        I, William Hoffman, declare:

23        1.    If called upon to testify as to the matters set forth in this declaration, I could

24  and would competently testify thereto as the facts set forth herein are personally known to me to be

25  true.

26        2.    I am the Court appointed receiver ("Receiver") in the above-entitled action.  I

27  make this declaration in support of this Motion for Orders: (1) Approving of Receiver's Final

28  Accounting; (2) Approving of Receiver's Final Fees And Expenses; (3) Discharging Receiver;

JMBM | Jeffer Mangels Butler & Mitchell LLP

1   (4) Exonerating Receiver's Bond; (5) Approving Turnover of Receivership Funds; and (6) Ratifying

2   Acts of Receiver (the "Motion").  The facts set forth in this declaration are true of my own personal

3   knowledge unless otherwise indicated, and, if called as a witness, I could and would competently

4   testify thereto.

5           **A.**      **The Complaint and Receivership Order and Receiver Certificates**

6              3.      On August 9, 2010, Plaintiffs Wells Fargo Bank, N.A., as Trustee for (i) the

7   Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through

8   Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage

9   Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of

10  COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through

11  CWCapital Asset Management, LLC, its Special Servicer (collectively, "Trusts" or "Plaintiffs")

12  filed its Complaint for Specific Performance and the Appointment of Receiver.  Thereafter,

13  pursuant to the terms of that certain Stipulation for Ex Parte Appointment of Receiver entered into

14  between Plaintiffs and Defendants DDR MDT MV Anaheim Hills LP, DDR MDT MV Antioch LP,

15  DDR MDT MV Chandler LLC, DDR MDT MV Chino LP, DDR MDT MV Clovis LP, DDR MDT

16  MV Deer Valley LLC, DDR MDT MV Folsom LP, DDR MDT MV Foothill Ranch LP, DDR MDT

17  MV Garden Grove LP, DDR MDT MV Ingram LP, DDR MDT MV Lompoc LP, DDR MDT MV

18  Madera LP, DDR MDT MV North Fullerton I LP, DDR MDT MV Palmdale LP, DDR MDT MV

19  Redding LP, DDR MDT MV Reno LLC, DDR MDT MV Santa Maria LP, DDR MDT MV Santa

20  Rosa LP, DDR MDT MV Silver Creek LLC, DDR MDT MV Slatten Ranch LP, DDR MDT MV

21  Sonora LP, DDR MDT MV Superstition Springs LLC, DDR MDT MV Tucson LLC, DDR MDT

22  MV Tulare LP, DDR MDT MV West Las Vegas LLC, each, a Delaware limited partnership or a

23  Delaware limited liability company, as indicated, and DDR MDT MV Burbank LP, each, a

24  Delaware limited partnership which was filed in the above-entitled action on August 11, 2010, that

25  certain Order Appointing Receiver Ex Parte and Preliminary Injunction in Aid of Receiver was filed

26  on August 24, 2010 ("Receivership Order"), a true and correct copy of which is attached hereto as

27  Exhibit 1, pursuant to which I was appointed as Receiver.  Thereafter, on August 24, 2010, I filed

28  my Oath as Receiver and on August 26, 2010, I filed my bond as Receiver in the amount of

JMBM | Jeffer Mangels Butler & Mitchell LLP

1   $300,000 ("Receiver Bond").

2          4.      Thereafter, the Receivership Order was filed in the United States District

3   Court for the Eastern District of California, the United States District Court for the Central District

4   of California, the United States District Court for the Western District of Texas, the United States

5   District Court for the District of Arizona, the United States District Court for the District of Nevada

6   (Reno) and the United States District Court for the District of Nevada (Las Vegas).

7          5.      Subsequent to the filing of the Receivership Order, the Receiver took

8   possession of the various real properties described in <u>Schedule A</u> attached hereto and incorporated

9   herein by this reference as though set forth in full.

**B.      The Trustee's Sales**

11          6.      Subsequent to the entry of the Receivership Order, the Trusts conducted

12   various trustee's sales with respect to the real properties which are described on <u>Schedule B</u> attached

13   hereto and incorporated herein by this reference as though set forth in full, which sets forth the date

14   of each of the trustee's sales conducted on the real properties over which I was appointed as

15   Receiver pursuant to the Receivership Order.

**C.      The Receiver's Final Accounting**

17          7.      Attached hereto as <u>Exhibit 2</u> is a Final Accounting Statement (the "Final

18   Accounting"), which the Receiver prepared and sets forth all the cash collected by the Receiver and

19   all expenditures made by the Receiver from August 24, 2010 through December 3, 2012.

20          8.      Attached hereto as <u>Exhibit 3</u> are invoices generated by the Receiver that

21   include time records setting forth all the fees and expenses incurred by the Receiver from

22   August 24, 2010 through December 31, 2012.  I have reviewed these time records and can state the

23   time records reflect the activities and time expended and costs incurred by the Receiver and his staff

24   in connection with the above-entitled action.  The total amount of fees and costs the Receiver has

25   incurred administering this receivership estate as set forth in <u>Exhibit 3</u> are $62,103.75 and

26   $102,002.48, respectively.

27   ///

28   ///

PRINTED ON
RECYCLED PAPER

SF 1399769v1

DECL. W. HOFFMAN ISO MOT ORDERS: (1)
APPROVING ETC.; Case No. CV 10-3493 EMC

9.     As set forth in the Proof of Service served and filed herewith, the Receiver understands that the Trusts have served the Notice of this Motion on every person or entity known who may have a substantial and unsatisfied claim that will be affected by the order sought by this Motion, whether or not that person or entity is a party to this action or has appeared in this action. The names of the persons and entities described on same Proof of Service were provided by the Receiver to the Trusts' counsel in the above-entitled action.  However, by serving the Notice of Motion on the individuals and entities listed on the Proof of Service, the Receiver does not concede the validity of any claims, and does not believe that there are any valid unsatisfied claims.

10.     Based on the foregoing, the Receiver requests the Court enter an order in the form attached as Exhibit 2 to the Notice of this Motion and entitled (Proposed) Order Granting Motion for Orders: (1) Approving of Receiver's Final Accounting; (2) Approving of Receiver's Final Fees And Expenses; (3) Discharging Receiver and Receiver Certificates; (4) Exonerating Receiver's Bond; (5) Approving Turnover of Receivership Funds; and (6) Ratifying Acts of Receiver.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1        I declare under penalty of perjury under the laws of the United States of America that

2  the foregoing is true and correct.

3

4  DATED:  January 21, 2013 _____

                                   WILLIAM HOFFMAN, Declarant

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER

SF 1399769v1

- 5 -    DECL. W. HOFFMAN ISO MOT ORDERS: (1)
                      APPROVING ETC.; Case No. CV 10-3493 EMC

## SCHEDULE A

| Borrower | Store No. | Real Property Address |
|---|---|---|
| DDR MDT MV Anaheim Hills LP | 266 | 8100 East Santa Ana Canyon Blvd. Anaheim, CA |
| DDR MDT MV Antioch LP | 011 | 2602 Somersville Rd. Antioch, CA |
| DDR MDT MV Burbank LP | 236 | 2345 East Magnolia Blvd. Burbank, CA |
| DDR MDT MV Chandler LLC | 154 | 2994 North Alma School Rd. Chandler, AZ |
| DDR MDT MV Chino LP | 184 | 5517 Philadelphia St. Chino, CA |
| DDR MDT MV Clovis LP | 216 | 1000 Shaw Ave. Clovis, CA |
| DDR MDT MV Deer Valley LLC | 055 | 4255 W. Thunderbird Rd. Phoenix, AZ |
| DDR MDT MV Folsom LP | 320 | 1010 East Bidwell St. Folsom, CA |
| DDR MDT MV Foothill Ranch LP | 291 | 26732 Portola Pkwy. Foothill Ranch, CA |
| DDR MDT MV Garden Grove LP | 085 | 13092 Harbor Blvd. Garden Grove, CA |
| DDR MDT MV Ingram LP | 140 | 6157 Northwest Loop 410 San Antonio, TX |
| DDR MDT MV Lompoc LP | 264 | 1600 North H St. Lompoc, CA |
| DDR MDT MV Madera LP | 232 | 1467 Country Club Dr. Madera, CA |
| DDR MDT MV North Fullerton I LP | 249 | 200 Imperial Hwy. Fullerton, CA |

DECL. W. HOFFMAN ISO MOT ORDERS: (1) APPROVING ETC.; Case No. CV 10-3493 EMC

SF 1399769v1

| Borrower | Store No. | Real Property Address |
|---|---|---|
| DDR MDT MV Palmdale LP | 265 | 1305 West Rancho Vista Blvd. Palmdale, CA |
| DDR MDT MV Redding LP | 124 | 1755 Hilltop Dr. Redding, CA |
| DDR MDT MV Reno LLC | 318 | 6895 Sierra Center Pkwy. Reno, NV |
| DDR MDT MV Santa Maria, LP | 219 | 201 Towncenter West Santa Maria, CA |
| DDR MDT MV Santa Rosa LP | 034 | 600 Santa Rosa Plaza Santa Rosa, CA |
| DDR MDT MV Slatten Ranch LP | 321 | 5849 Lone Tree Way Antioch, CA |
| DDR MDT MV Sonora LP | 283 | 1151 Sanguinetti Rd. Sonora, CA |
| DDR MDT MV Superstition Springs LLC | 234 | 6555 East Southern Ave. Mesa, AZ |
| DDR MDT MV Tucson LLC | 103 | 3660 South 16th St. Tucson, AZ |
| DDR MDT MV Tulare LP | 250 | 1675 Hillman St. Tulare, CA |

SF 1399769v1

DECL. W. HOFFMAN ISO MOT ORDERS: (1) APPROVING ETC.; Case No. CV 10-3493 EMC

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

## SCHEDULE B

| Borrower | Store No. | Real Property Address | Foreclosure Sale Date |
|---|---|---|---|
| DDR MDT MV Anaheim Hills LP | 266 | 8100 East Santa Ana Canyon Rd. Anaheim, CA | August 30, 2012 |
| DDR MDT MV Antioch LP | 011 | 2602 Somersville Rd. Antioch, CA | August 30, 2012 |
| DDR MDT MV Burbank LP | 236 | 245 East Magnolia Blvd. Burbank, CA | August 30, 2012 |
| DDR MDT MV Chandler LLC | 154 | 2994 North Alma School Rd. Chandler, AZ | July 16, 2012 |
| DDR MDT MV Chino LP | 184 | 5517 Philadelphia St. Chino, CA | August 30, 2012 |
| DDR MDT MV Clovis LP | 216 | 1000 Shaw Ave. Clovis, CA | August 30, 2012 |
| DDR MDT MV Deer Valley LLC | 055 | 4255 W. Thunderbird Rd. Phoenix, AZ | July 16, 2012 |
| DDR MDT MV Folsom LP | 320 | 1010 East Bidwell St. Folsom, CA | October 4, 2012 |
| DDR MDT MV Foothill Ranch LP | 291 | 26732 Portola Pkwy. Foothill Ranch, CA | August 30, 2012 |
| DDR MDT MV Garden Grove LP | 085 | 13092 Harbor Blvd. Garden Grove, CA | August 30, 2012 |
| DDR MDT MV Ingram LP | 140 | 6157 Northwest Loop 410 San Antonio, TX | December 6, 2011 |
| DDR MDT MV Lompoc LP | 264 | 1600 North H St. Lompoc, CA | August 30, 2012 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

SF 1399769v1

DECL. W. HOFFMAN ISO MOT ORDERS: (1)
APPROVING ETC.; Case No. CV 10-3493 EMC

| Borrower | Store No. | Real Property Address | Foreclosure Sale Date |
|---|---|---|---|
| DDR MDT MV Madera LP | 232 | 1467 Country Club Dr. Madera, CA | August 30, 2012 |
| DDR MDT MV North Fullerton I LP | 249 | 200 -202 Imperial Hwy. Fullerton, CA | August 30, 2012 |
| DDR MDT MV Palmdale LP | 265 | 1305 West Rancho Vista Blvd. Palmdale, CA | August 30, 2012 |
| DDR MDT MV Redding LP | 124 | 1755 Hilltop Dr. Redding, CA | October 4, 2012 |
| DDR MDT MV Reno LLC | 318 | 6895 Sierra Center Pkwy. Reno, NV | August 23, 2012 |
| DDR MDT MV Santa Maria, LP | 219 | 201 Towncenter West Santa Maria, CA | August 30, 2012 |
| DDR MDT MV Santa Rosa LP | 034 | 600 Santa Rosa Plaza Santa Rosa, CA | October 4, 2012 |
| DDR MDT MV Slatten Ranch LP | 321 | 5849 Lone Tree Way Antioch, CA | August 30, 2012 |
| DDR MDT MV Sonora LP | 283 | 1151 Sanguinetti Rd. Sonora, CA | October 4, 2012 |
| DDR MDT MV Superstition Springs LLC | 234 | 6555 East Southern Ave. Mesa, AZ | July 16, 2012 |
| DDR MDT MV Tucson LLC | 103 | 3660 South 16th St. Tucson, AZ | July 16, 2012 |
| DDR MDT MV Tulare LP | 250 | 1675 Hillman St. Tulare, CA | August 30, 2012 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

DECL. W. HOFFMAN ISO MOT ORDERS: (1)
APPROVING ETC.; Case No. CV 10-3493 EMC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

*Wells Fargo Bank, N.A. v. DDR MDT MV Anaheim Hills LP, etc. et al.*

### Case No. CV10-3493 EMC

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On January 24, 2013 I served the document(s) described as

**DECLARATION OF WILLIAM HOFFMAN IN SUPPORT OF MOTION FOR ORDERS:**

**(1)  APPROVING OF RECEIVER'S FINAL ACCOUNTING;**
**(2)  APPROVING OF RECEIVER'S FINAL FEES AND EXPENSES;**
**(3)  DISCHARGING RECEIVER;**
**(4)  EXONERATING RECEIVER'S BOND;**
**(5)  APPROVING TURNOVER OF BOND;**
       **(6)     RATIFYING ACTS OF RECEIVER**

in this action addressed as follows:

Stephen Kaus, Esq.
Cooper, White & Cooper LLp
201 California Street, 17th Floor
San Francisco, CA  94111
Email: skaus@cwclaw.com

☒     (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s).

☒     (BY ELECTRONIC SERVICE) On 1/24/13, I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es).  The transmission originated from my electronic notification address, which is eap@jmbm.com, and was reported as complete and without error.

Executed on January 24, 2013 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

/s/ Angela Pereira
Angela Pereira

SF 1265673v1