# EXHIBIT 2

# PART 2

RECORDING REQUESTED BY
*FIRST AMERICAN TITLE*
National Commercial Services

When Recorded Return to:

JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention: Nicolas De Lancie, Esq.

Send Tax Statements to:

2005-C4 DMM PORTFOLIO PROPERTIES, LLC
c/o CWCapital Asset Management LLC
500 East Pratt Street, Suite 1050
Baltimore, Maryland 21202
Attention: Andrew J. Hundertmark

**COPY** of Document Recorded
2012-1535202      10/11/12
Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR · RECORDER

# TRUSTEE'S DEED ON SALE
## (BURBANK)

Relating to Real Property Located at:

245 East Magnolia Boulevard, Burbank, Los Angeles County, California
(APN 2460-023-048 | Title Order No. 483272 | Trustee's Sale No. F11-00476)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Burbank)
(Los Angeles County, California)

SF 1392317v1 71934-0001

# TRUSTEE'S DEED ON SALE
## (BURBANK)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19[*];

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Burbank, County of Los Angeles, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the "**Trustee**") under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the "**Grantee**"), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Burbank, County of Los Angeles (the "**County**"), State of California, described as follows (that property, the "**Trust Property**"):

See **Exhibit A (Legal Description)** attached hereto
(Assessor's Parcel No. 2460-023-048).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of November 14, 2005,

---

[*] Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "Official Records") on November 21, 2005, as Document No. 05-2819503), as amended to date (that deed of trust, as so amended, the "Deed of Trust"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "Notice of Default") recorded in the Official Records on February 14, 2012, as Document No. 2012-0243944, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "Notice of Sale") was recorded in the Official Records on August 2, 2012, as Document No. 2012-1146530. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "Other Trust Properties") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "Sale"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "Sale Properties"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9 , 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____

TINA SUIHKONEN
President

**[Signature Must Be Acknowledged]**

CWCapital/DDR
Trustee's Deed on Sale (Burbank)
(Los Angeles County, California)

SF 1392317v1 71934-0001

## CERTIFICATE OF ACKNOWLEDGEMENT

State of California

     s.s.

County of Orange

On __10|9|__ , 2012, before me, L. Askew, A Notary Public
<br>(DATE)                              (NAME AND TITLE OF OFFICER)

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

                                           L. ASKEW<br>
                                       Commission # 1915156     (Seal)<br>
                                         Notary Public - California<br>
                                         Orange County<br>
                                         My Comm. Expires Dec 31, 2014

(SIGNATURE OF NOTARY)

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
<br>Trustee's Deed on Sale (Burbank)
<br>(Los Angeles County, California)
<br>Certificate of Acknowledgement
<br>SF 1392317v1 71934-0001

## EXHIBIT A

### LEGAL DESCRIPTION
#### (BURBANK)

REAL PROPERTY LOCATED IN THE CITY OF BURBANK, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL A:

PARCEL 5 OF PARCEL MAP NO. 22043, IN THE CITY OF BURBANK, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 258, PAGES 18 TO 27 INCLUSIVE OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL B:

NON-EXCLUSIVE EASEMENTS FOR INGRESS AND EGRESS, THE PASSAGE AND PARKING OF VEHICLES; THE PASSAGE AND ACCOMMODATION OF PEDESTRIANS, FOR THE INSTALLATION, OPERATION, MAINTENANCE, REPAIR, RELOCATION, AND REMOVAL OF SEWERS, WATER AND GAS MAINS, ELECTRICAL POWER LINES, TELEPHONE LINES AND OTHER UTILITY LINES; FOR THE CONSTRUCTION, RECONSTRUCTION ERECTION AND REMOVAL AND MAINTENANCE OF COMMON BUILDING COMPONENTS, FOOTINGS, FOUNDATIONS, SUPPORT AND COMMON WALLS, CANOPIES, ROOF, BUILDING AND OTHER OVERHANGS, AWNINGS, ALARM BELLS, SIGNS, LIGHTS, AND LIGHTING DEVICES AND OTHER SIMILAR APPURTENANCES; FOR PEDESTRIAN BRIDGES, PEDESTRIAN DECKS AND PEDESTRIAN TUNNELS AND FOR FIRE AND SERVICE CORRIDOR, EASEMENTS OVER THOSE PORTIONS OF THE SHOPPING CENTER SITE AS MORE PARTICULARLY DESCRIBED AND SET FORTH IN THAT CERTAIN INSTRUMENT AGREEMENT", RECORDED DECEMBER 06, 1990 AS INSTRUMENT NO. 90-2023605 OF OFFICIAL RECORDS.

PARCEL C:

NON-EXCLUSIVE EASEMENTS FOR INGRESS AND EGRESS, THE PASSAGE AND PARKING OF VEHICLES, THE PASSAGE AND ACCOMMODATION OF PEDESTRIANS IN THE AREA KNOWN AS PARKING FACILITIES NO. 1 AS IDENTIFIED IN EXHIBIT A-1 TO THE SUB-LEASE WHICH SUBLEASE IS EVIDENCED BY A DOCUMENT DATED NOVEMBER 15, 1989 AND RECORDED NOVEMBER 15, 1989 AS INSTRUMENT NO. 89-1842287 OF OFFICIAL RECORDS.

APN 2460-023-048.

# EXHIBIT B

## PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.

RECORDING REQUESTED BY
*FIRST AMERICAN TITLE*
National Commercial Services

When Recorded Return to:

JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention: Nicolas De Lancie, Esq.

Send Tax Statements to:

2005-C4 DMM PORTFOLIO PROPERTIES, LLC
c/o CWCapital Asset Management LLC
500 East Pratt Street, Suite 1050
Baltimore, Maryland 21202
Attention: Andrew J. Hundertmark

**COPY** of Document Recorded
.........10/11/12 .04210.78
Has not been compared with original.
Original will be returned when
processing has been completed.
SBDO COUNTY REGISTRAR-RECORDER

## TRUSTEE'S DEED ON SALE
### (CHINO)

Relating to Real Property Located at:

5517 Philadelphia Street, Chino, San Bernardino County, California
(APN 1015-071-06-0-000 | Title Order No. 483278 | Trustee's Sale No. F11-00477)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Chino)
(San Bernardino County, California)

SF 1392317v1 71934-0001

## TRUSTEE'S DEED ON SALE
### (CHINO)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19*;

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Chino, County of San Bernardino, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the "**Trustee**") under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the "**Grantee**"), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Chino, County of San Bernardino (the "**County**"), State of California, described as follows (that property, the "**Trust Property**"):

See Exhibit A (Legal Description) attached hereto
(Assessor's Parcel No. 1015-071-06-0-000).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of September 16, 2005,

---

* Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "Official Records") on September 26, 2005, as Document No. 2005-0714044), as amended to date (that deed of trust, as so amended, the "Deed of Trust"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "Notice of Default") recorded in the Official Records on February 14, 2012, as Document No. 2102-0058160, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "Notice of Sale") was recorded in the Official Records on August 2, 2012, as Document No. 2012-0307956. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "Other Trust Properties") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "Sale"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "Sale Properties"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9, 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____
TINA SUIHKONEN
President

**[Signature Must Be Acknowledged]**

CWCapital/DDR
Trustee's Deed on Sale (Chino)
(San Bernardino County, California)

SF 1392317v1 71934-0001

# CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Orange

s.s.

On __10|9|__, 2012 before me, __L. Askew, a Notary Public__

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

L. ASKEW
Commission # 1915156
Notary Public - California
Orange County
My Comm. Expires Dec 31, 2014

(Seal)

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
Trustee's Deed on Sale (Chino)
(San Bernardino County, California)
Certificate of Acknowledgement
SF 1392317v1 71934-0001

## EXHIBIT A

### LEGAL DESCRIPTION
### (CHINO)

REAL PROPERTY LOCATED IN THE CITY OF CHINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL A:

PARCEL 9 OF PARCEL MAP NO. 9791, IN THE CITY OF CHINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS RECORDED IN BOOK 104, PAGES 18 AND 19, OF PARCEL MAPS, RECORDS OF SAID COUNTY.

PARCEL B:

EASEMENTS FOR INGRESS AND EGRESS, AUTOMOBILE PARKING, PEDESTRIAN USES, INSTALLATION, OPERATION AND MAINTENANCE OF SEPARATE AND COMMON UTILITY LINES, STRUCTURE SUPPORT, SIGNS AND OTHER USES, ALL AS MORE PARTICULARLY DEFINED AND DESCRIBED IN THAT "GRANT OF RECIPROCAL EASEMENT AND DECLARATION OF COVENANTS RUNNING WITH THE LAND, AND DEVELOPMENT AGREEMENT", DATED APRIL 1, 1986 AND RECORDED APRIL 1, 1986 AS INSTRUMENT NO. 86-84124 OF OFFICIAL RECORDS, AND AMENDED IN THE DOCUMENT RECORDED APRIL 13, 1987 AS INSTRUMENT NO. 87-119210 OF OFFICIAL RECORDS.

APN 1015-071-06-0-000.

## EXHIBIT B

### PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 24.00
* S R 0 0 0 5 2 2 8 5 5 7 3 *
2012000616510 8:00 am 10/11/12
117 404 T09  7
0.00 0.00 0.00 0.00 18.00 0.00 0.00 0.00

RECORDING REQUESTED BY
*FIRST AMERICAN TITLE*
National Commercial Services
When Recorded Return to:
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention:    Nicolas De Lancie, Esq.

Send Tax Statements to:
2005-C4 DMM PORTFOLIO PROPERTIES, LLC
c/o CWCapital Asset Management LLC
500 East Pratt Street, Suite 1050
Baltimore, Maryland 21202
Attention:    Andrew J. Hundertmark

# TRUSTEE'S DEED ON SALE
## (ANAHEIM HILLS)

Relating to Real Property Located at:

8100 East Santa Ana Canyon Road, Anaheim, Orange County, California
(APN 354-451-27 | Title Order No. 484682 | Trustee's Sale No. F11-00475A)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Anaheim Hills)
(Orange County, California)

SF 1392317v1 71934-0001

# TRUSTEE'S DEED ON SALE
## (ANAHEIM HILLS)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19[*];

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Anaheim, County of Orange, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the "**Trustee**") under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the "**Grantee**"), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Anaheim, County of Orange (the "**County**"), State of California, described as follows (that property, the "**Trust Property**"):

See **Exhibit A** (Legal Description) attached hereto
(Assessor's Parcel No. 354-451-27).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of September 16, 2005,

---

[*] Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "**Official Records**") on September 26, 2005, as Document No. 2005000758578), as amended to date (that deed of trust, as so amended, the "**Deed of Trust**"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "**Notice of Default**") recorded in the Official Records on February 14, 2012, as Document No. 201200080818, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "**Notice of Sale**") was recorded in the Official Records on August 2, 2012, as Document No. 2012000440349. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "**Other Trust Properties**") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "**Sale**"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "**Sale Properties**"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

CWCapital/DDR
Trustee's Deed on Sale (Anaheim Hills)
(Orange County, California)

SF 1392317v1 71934-0001

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9, 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____
TINA SUHKONEN
President

[Signature Must Be Acknowledged]

CWCapital/DDR
Trustee's Deed on Sale (Anaheim Hills)
(Orange County, California)

SF 1392317v1 71934-0001

# CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Orange

    s.s.

On __10|9|_____, 20__1__2, before me, __L. Askew, A Notary Public__
   DATE                                            NAME AND TITLE OF OFFICER

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

L. ASKEW
Commission # 1915156
Notary Public - California
Orange County
My Comm. Expires Dec 31, 2014

(Seal)

_____
SIGNATURE OF NOTARY

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
Trustee's Deed on Sale (Anaheim Hills)
(Orange County, California)
Certificate of Acknowledgement
SF 1392317v1 71934-0001

# EXHIBIT A

## LEGAL DESCRIPTION
### (ANAHEIM HILLS)

REAL PROPERTY LOCATED IN THE CITY OF ANAHEIM, COUNTY OF ORANGE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL A:

PARCEL 19 OF LOT LINE ADJUSTMENT PLAT NO. 264, RECORDED SEPTEMBER 30, 1991 AS INSTRUMENT NO. 91-532358 OF OFFICIAL RECORDS. EXCEPT THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS AND ALL GEOTHERMAL RESOURCES (COLLECTIVELY "MINERALS" HEREIN) LYING IN AND UNDER OR PRODUCED FROM OR THROUGH THE LAND, TOGETHER WITH THE SOLE AND EXCLUSIVE RIGHT OF DRILLING INTO, FROM, UNDER AND THROUGH THE LAND, AND TOGETHER WITH SUCH SUBSURFACE EASEMENTS AS MAY BE NECESSARY OR CONVENIENT FROM TIME TO TIME FOR THE PROSPECTING FOR OR THE PRODUCTION OR DEVELOPMENT OF ANY SUCH MINERALS BY MEANS OF SLANT DRILLING OR OTHER REMOVAL OPERATIONS CONDUCTED FROM BEYOND THE LAND INTO, UNDER OR THROUGH THE LAND TO PRODUCING INTERVALS EITHER WITHIN OR BEYOND THE LAND, ALL SUCH RESERVED AND EXCEPTED RIGHTS TO BE SUBJECT, HOWEVER, TO THE CONDITION THAT THE HOLDER OF ANY INTEREST IN SUCH MINERAL RIGHTS SHALL NOT HAVE ANY RIGHT OF ENTRY OR OF ACCESS TO THE SURFACE OF THE LAND OR TO THE FIRST FIVE HUNDRED (500) FEET OF THE LAND MEASURED VERTICALLY FROM THE SURFACE THEREOF, AS RESERVED IN THE DEED RECORDED OCTOBER 19, 1979 IN BOOK 13359, PAGE 1294 OF OFFICIAL RECORDS.

PARCEL B:

NON-EXCLUSIVE EASEMENTS AS SET FORTH IN THAT CERTAIN OPERATION AND EASEMENT AGREEMENT BETWEEN DAYTON HUDSON CORPORATION AND TWA-ANAHEIM LIMITED PARTNERSHIP, A MICHIGAN LIMITED PARTNERSHIP, RECORDED OCTOBER 09, 1991 AS INSTRUMENT NO. 91-549861 OF OFFICIAL RECORDS, AS AMENDED BY THAT CERTAIN AMENDMENT TO OPERATION AND EASEMENT AGREEMENT RECORDED OCTOBER 09, 1991 AS INSTRUMENT NO. 91-549863 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AS AMENDED.

PARCEL C:

NON-EXCLUSIVE EASEMENTS AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND EASEMENTS RECORDED AUGUST 27, 1990 AS INSTRUMENT NO. 90-455437 OF OFFICIAL RECORDS OF ORANGE COUNTY, AS AMENDED.

APN 354-451-27.

## EXHIBIT B

### PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.

RECORDING REQUESTED BY
*FIRST AMERICAN TITLE*
National Commercial Services
When Recorded Return to:
  JEFFER MANGELS BUTLER & MITCHELL LLP
  Two Embarcadero Center, Fifth Floor
  San Francisco, California 94111-3813
  Attention:   Nicolas De Lancie, Esq.
Send Tax Statements to:
  2005-C4 DMM PORTFOLIO PROPERTIES, LLC
  c/o CWCapital Asset Management LLC
  500 East Pratt Street, Suite 1050
  Baltimore, Maryland 21202
  Attention:   Andrew J. Hundertmark

**COPY** of Document Recorded
2012-1535203  10/11/12
Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

## TRUSTEE'S DEED ON SALE
### (PALMDALE)

Relating to Real Property Located at:

1305 West Rancho Vista Boulevard, Palmdale, Los Angeles County, California
(APN 3005-038-041 | Title Order No. 483275 | Trustee's Sale No. F11-00482)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)

SF 1392317v1 71934-0001

## TRUSTEE'S DEED ON SALE
### (PALMDALE)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19[*];

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Palmdale, County of Los Angeles, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the "**Trustee**") under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the "**Grantee**"), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Palmdale, County of Los Angeles (the "**County**"), State of California, described as follows (that property, the "**Trust Property**"):

See **Exhibit A (Legal Description)** attached hereto
(Assessor's Parcel No. 3005-038-041).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of September 16, 2005,

---

[*] Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)

SF 1392317v1 71934-0001

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV. SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "**Official Records**") on September 26, 2005, as Document No. 05-2313297), as amended to date (that deed of trust, as so amended, the "**Deed of Trust**"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "**Notice of Default**") recorded in the Official Records on February 14, 2012, as Document No. 2012-0243944, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "Notice of Sale") was recorded in the Official Records on August 7, 2012, as Document No. 2012-1166475. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "**Other Trust Properties**") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "**Sale**"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "**Sale Properties**"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

· The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)

SF 1392317v1 71934-0001

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9, 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____

TINA SUIHKONEN
President

**[Signature Must Be Acknowledged]**

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)

SF 1392317v1 71934-0001

## CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Orange

    s.s.

On 10/9/_____, 2012 before me, L. Askew, A notary public
<br>DATE           NAME AND TITLE OF OFFICER

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

L. ASKEW
Commission # 1915156
Notary Public - California
Orange County
My Comm. Expires Dec 31, 2014

(Seal)

_____
<br>SIGNATURE OF NOTARY

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)
Certificate of Acknowledgement
SF 1392317v1 71934-0001

# EXHIBIT A

## LEGAL DESCRIPTION
### (PALMDALE)

REAL PROPERTY LOCATED IN THE CITY OF PALMDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL NO. I:

PARCEL 2 OF PARCEL MAP NO. 23303, IN THE CITY OF PALMDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 250 PAGES 96 THROUGH 98, INCLUSIVE OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL NO. II:

NON-EXCLUSIVE EASEMENT FOR INGRESS TO AND EGRESS FROM THE ABOVE MENTIONED PARCEL NO. I, FOR ACCESS TO AND FROM PUBLIC STREETS, FOR THE PASSAGE AND PARKING OF VEHICLES AND ACCOMMODATION OF PEDESTRIAN AND FOR USE OF COMMON FACILITIES, UTILITY FACILITIES AND OTHER EASEMENT APPURTENANT TO SAID PARCEL NO. I, AS CREATED, LIMITED AND DEFINED, AND AS MORE FULLY DESCRIBED IN THAT AMENDMENT TO AND RESTATEMENT OF CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT DATED AS OF MARCH 02, 1992 AND RECORDED MARCH 02, 1992 AS INSTRUMENT NO. 92-344342, OFFICIAL RECORDS, AS AMENDED MADE BY AND AMONG ANTELOPE VALLEY MALL DEVELOPERS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; SEARS, ROEBUCK AND CO., A NEW YORK CORPORATION; J.C. PENNEY COMPANY, INC., A DELAWARE CORPORATION, GOTTSCHALK'S INC., A DELAWARE CORPORATION, THE HARRIS COMPANY, A CALIFORNIA CORPORATION AND MERVYN'S, A CALIFORNIA CORPORATION, IN THE SHOPPING CENTER SITE DESCRIBED ON EXHIBIT "A" ATTACHED TO AFORESAID AGREEMENT.

PARCEL NO. III:

ALL THOSE CERTAIN RESERVATIONS, INTEREST AND EASEMENTS IN FAVOR OF THE ABOVE DESCRIBED PROPERTY AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED DECLARATION OF RESTRICTIONS AND GRANT OF EASEMENTS, RECORDED JULY 19, 1989 AS INSTRUMENT NO. 89-1152215 AND AMENDED MARCH 23, 1999 AS INSTRUMENT NO. 99-0481131 UPON AND SUBJECT TO ALL THE TERMS PROVISIONS THEREIN CONTAINED.

APN 3005-038-041.

## EXHIBIT B

### PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.

CWCapital/DDR
Trustee's Deed on Sale (Palmdale)
(Los Angeles County, California)
Exhibit B—Personal Property
SF 1392317v1 71934-0001

RECORDING REQUESTED BY: DP5

RECORDING REQUESTED BY
**FIRST AMERICAN TITLE**
National Commercial Services

When Recorded Return to: \
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention: Nicolas De Lancie, Esq.

Send Tax Statements to:
2005-C4 DMM Portfolio Properties, LLC
c/o CWCapital Asset Management LLC
500 East Pratt Street, Suite 1050
Baltimore, Maryland 21202
Attention: Andrew J. Hundertmark

2012-0068384

Recorded
Official Records
County of
Santa Barbara
Joseph E. Holland
County Clerk Recorder

| REC FEE | 33.00
| ADDITIONAL IND 2.00
|
| EC
08:00AM 11-Oct-2012 | Page 1 of 7

# TRUSTEE'S DEED ON SALE
## (LOMPOC)

Relating to Real Property Located at:

1600 North H Street, Lompoc, Santa Barbara County, California
(APN 093-490-05 | Title Order No. 484657 | Trustee's Sale No. F11-00481A)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Lompoc)
(Santa Barbara County, California)

SF 1392317v1 71934-0001

# TRUSTEE'S DEED ON SALE
## (LOMPOC)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19[*];

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties' (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Lompoc, County of Santa Barbara, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the **"Trustee"**) under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the **"Grantee"**), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Lompoc, County of Santa Barbara (the **"County"**), State of California, described as follows (that property, the **"Trust Property"**):

See Exhibit A (Legal Description) attached hereto
(Assessor's Parcel No. 093-490-05).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of September 16, 2005,

---

[*] Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

CWCapital/DDR
Trustee's Deed on Sale (Lompoc)
(Santa Barbara County, California)

Page 1

SF 1392317v1 71934-0001

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "Official Records") on September 22, 2005, as Document No. 2005-0092484), as amended to date (that deed of trust, as so amended, the "Deed of Trust"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "Notice of Default") recorded in the Official Records on February 14, 2012, as Document No. 2012-0009307, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "Notice of Sale") was recorded in the Official Records on August 6, 2012, as Document No. 2012-0051154. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "Other Trust Properties") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "Sale"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "Sale Properties"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

CWCapital/DDR
Trustee's Deed on Sale (Lompoc)
(Santa Barbara County, California)

SF 1392317v1 71934-0001

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9, 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____

TINA SUIHKONEN
President

**[Signature Must Be Acknowledged]**

CWCapital/DDR
Trustee's Deed on Sale (Lompoc)
(Santa Barbara County, California)

SF 1392317v1 71934-0001

## CERTIFICATE OF ACKNOWLEDGEMENT

State of California

County of Orange

s.s.

On ___10|9|___ , 20_12_, before me, _L. Askew A Notary Public_

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

L. ASKEW
Commission # 1915156
Notary Public - California
Orange County
My Comm. Expires Dec 31, 2014

(Seal)

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
Trustee's Deed on Sale (Lompoc)
(Santa Barbara County, California)
Certificate of Acknowledgement
SF 1392317v1 71934-0001

# EXHIBIT A

## LEGAL DESCRIPTION
(LOMPOC)

REAL PROPERTY LOCATED IN THE CITY OF LOMPOC, COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL ONE:

PARCEL 5 OF PARCEL MAP LOM 455-P, IN THE CITY OF LOMPOC, COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS PER PARCEL MAP FILED IN BOOK 48, PAGE 5 THROUGH 8 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS OR OTHER HYDROCARBON SUBSTANCES, AS RESERVED IN THE DEED FROM MARTA GUIDOTTI, RECORDED APRIL 08, 1957 AS INSTRUMENT NO. 6737 IN BOOK 1439, PAGE 285 OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY WHICH DEED RECITES AS FOLLOWS:

"EXCEPTING THEREFROM, AS A RESERVATION TO MARTA GUIDOTTI, ONE-HALF OF ALL OIL, GAS OR OTHER HYDROCARBONS SUBSTANCES IN, UNDER AND/OR THAT MAY BE PRODUCED FROM A DEPTH 500 FEET FROM THE SURFACE OF SAID LAND OR ANY PART THEREOF, BUT PROVIDED FURTHER THAT SUCH RESERVATION SHALL NOT ENTITLE THE GRANTOR, ITS SUCCESSORS OR ASSIGNS TO ANY USE OF, OR RIGHTS IN OR TO ANY PORTION OF THE SURFACE OF SAID LAND TO A DEPTH OF 500 FEET BELOW THE SURFACE THEREOF."

PARCEL TWO:

NON-EXCLUSIVE EASEMENT FOR PARKING, INGRESS AND EGRESS, UTILITIES AND PEDESTRIAN AND VEHICULAR TRAFFIC, OVER, ACROSS, IN UNDER AND THROUGH PARCELS 1, 2, 3, 4, 6, 7, 8, 9 AND 10 OF LOM-455-P AS PER MAP FILED IN BOOK 48, PAGES 5-8 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SANTA BARBARA COUNTY, AS DELINEATED, DEFINED AND CONVEYED BY THAT CERTAIN INSTRUMENT ENTITLED "DECLARATION OF RESTRICTIONS AND GRANT OF EASEMENTS" DATED FEBRUARY 10, 1992, RECORDED FEBRUARY 11, 1992 AS INSTRUMENT NO. 92-008934, RE-RECORDED FEBRUARY 24, 1993 AS INSTRUMENT NO. 93-14267, AS AMENDED BY AMENDMENT NO. 1 TO DECLARATION OF RESTRICTIONS AND GRANT OF EASEMENTS RECORDED SEPTEMBER 15, 1992 AS INSTRUMENT NO. 92-72398, ASSIGNMENT AND ASSUMPTION OF OPERATING AGREEMENTS RECORDED OCTOBER 06, 2004 AS INSTRUMENT NO. 2004-106901 AND ASSIGNMENT AND ASSUMPTION OF RECIPROCAL EASEMENT AGREEMENT RECORDED SEPTEMBER 22, 2005 AS INSTRUMENT NO. 2005-0092483, ALL OFFICIAL RECORDS.

APN 093-490-05.

# EXHIBIT B

## PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used ·in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

24.00

*$R0005228558$*

2012000616511 8:00 am 10/11/12
117 404 T09 7
0.00 0.00 0.00 0.00 18.00 0.00 0.00 0.00

RECORDING REQUESTED BY
*FIRST AMERICAN TITLE*
National Commercial Services
When Recorded Return to:

JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention: Nicolas De Lancie, Esq.

Send Tax Statements to:

2005-C4 DMM PORTFOLIO PROPERTIES, LLC
c/o CWCapital Asset Management LLC
500 East Pratt Street, Suite 1050
Baltimore, Maryland 21202
Attention: Andrew J. Hundertmark

## TRUSTEE'S DEED ON SALE
### (FOOTHILL RANCH)

Relating to Real Property Located at:

26732 Portola Parkway, Foothill Ranch (Lake Forest), Orange County, California
(APN 612-092-20 | Title Order No. 484722 | Trustee's Sale No. F11-00475B)

[Transfer Tax Declaration on Following Page]

CWCapital/DDR
Trustee's Deed on Sale (Foothill Ranch)
(Orange County, California)

SF 1392317v1 71934-0001

## TRUSTEE'S DEED ON SALE
### (FOOTHILL RANCH)

### TRANSFER TAX DECLARATION

The grantor Trustee (defined below) declares:

1. The Grantee (defined below) was the foreclosing beneficiary;

2. The amount of the unpaid debt was $177,057,016.19[*];

3. The amount paid by the Grantee for the Trust Property (defined below) and the 13 simultaneously foreclosed other Sale Properties (defined below) was, in the aggregate, $79,000,000.00;

4. The documentary transfer tax is $0.00; and

5. The Trust Property is located in the City of Foothill Ranch (Lake Forest), County of Orange, State of California.

### GRANT

ASSURED LENDER SERVICES, INC., a California corporation, as the duly appointed substitute trustee (in that capacity, the "Trustee") under the Deed of Trust (defined below), hereby grants and conveys, but without covenant or warranty, express or implied, to 2005-C4 DMM PORTFOLIO PROPERTIES, LLC, a Maryland limited liability company (the "Grantee"), all of its right, title, and interest as the Trustee in and to that certain property located in the City of Foothill Ranch (Lake Forest), County of Orange (the "County"), State of California, described as follows (that property, the "Trust Property"):

See Exhibit A (Legal Description) attached hereto
(Assessor's Parcel No. 612-092-20).

This conveyance is made pursuant to the power of sale conferred upon the Trustee by the *Fee and Leasehold Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Leases, Rents, and Security Deposits* dated as of September 16, 2005,

---

[*] Calculated as of the date of the initial publication of the Notice of Sale (defined below) with application of all credits due to the date of the Sale (defined below).

CWCapital/DDR
Trustee's Deed on Sale (Foothill Ranch)
(Orange County, California)

SF 1392317v1 71934-0001

made (or modified to be deemed to have been made) by DDR MDT MV ANAHEIM HILLS LP, DDR MDT MV ANTIOCH LP, DDR MDT MV BURBANK LP, DDR MDT MV CARSON CITY LLC, DDR MDT MV CHANDLER LLC, DDR MDT MV CHINO LP, DDR MDT MV CLOVIS LP, DDR MDT MV DEER VALLEY LLC, DDR MDT MV EL CAJON LP, DDR MDT MV FAIRFIELD LP, DDR MDT MV FOLSOM LP, DDR MDT MV FOOTHILL RANCH LP, DDR MDT MV GARDEN GROVE LP, DDR MDT MV INGRAM LP, DDR MDT MV LOMPOC LP, DDR MDT MV MADERA LP, DDR MDT MV NELLIS CROSSING LLC, DDR MDT MV NORTH FULLERTON I LP, DDR MDT MV PALMDALE LP, DDR MDT MV PORTERVILLE LP, DDR MDT MV REDDING LP, DDR MDT MV RENO LLC, DDR MDT MV SANTA MARIA LP, DDR MDT MV SANTA ROSA LP, DDR MDT MV SILVER CREEK LLC, DDR MDT MV SLATTEN RANCH LP, DDR MDT MV SONORA LP, DDR MDT MV SOUTH SAN DIEGO LP, DDR MDT MV SUPERSTITION SPRINGS LLC, DDR MDT MV SW LAS VEGAS LLC, DDR MDT MV TUCSON LLC, DDR MDT MV TULARE LP, DDR MDT MV UKIAH LP, DDR MDT MV WEST COVINA LP, and DDR MDT MV WEST LAS VEGAS LLC, each, as indicated, a Delaware limited partnership or limited liability company, as trustor; in favor of GERMAN AMERICAN CAPITAL CORPORATION, a Maryland corporation, as beneficiary; and the trustees named therein, which was recorded in the Official Records of the County (the "**Official Records**") on September 26, 2005, as Document No. 2005000758578), as amended to date (that deed of trust, as so amended, the "**Deed of Trust**"), and after fulfillment of the conditions as specified in the Deed of Trust authorizing this conveyance.

Default occurred as set forth in the *Notice of Default and Election to Sell* (the "**Notice of Default**") recorded in the Official Records on February 14, 2012, as Document No. 201200080818, and that default still existed at the time of the Sale (defined below). A *Notice of Trustee's Sale* (the "**Notice of Sale**") was recorded in the Official Records on August 6, 2012, as Document No. 2012000446511. All requirements of law regarding the mailing of copies of the Notice of Default and the publication of a copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

The Trust Property was sold by the Trustee together with 13 other properties encumbered by the Deed of Trust that were the subject of the Notice of Sale (all those other properties that were the subject of the Notice of Sale, collectively, the "**Other Trust Properties**") in compliance with the Notice of Sale and in exercise of its powers under the Deed of Trust, at public auction on August 30, 2012 (that public auction sale, the "**Sale**"; and the Property and the Other Trust Properties that were sold at the Sale, collectively, the "**Sale Properties**"), at the place named in the Notice of Sale, which was in the County of Contra Costa, State of California, in which one or more of the Other Trust Properties is located.

The Grantee, the beneficiary of the Deed of Trust and the highest bidder at the Sale, with a bid in the amount of $79,000,000.00, became the purchaser of the Trust Property and the other Sale Properties and paid therefore by the satisfaction, *pro tanto*, of the obligations then secured by the Deed of Trust. (For the avoidance of doubt, other Trustee's Deeds on Sale cover the other Sale Properties).

CWCapital/DDR
Trustee's Deed on Sale (Foothill Ranch)
(Orange County, California)

SF 1392317v1 71934-0001

The Sale was a unified sale of real and personal property pursuant to California Commercial Code section 9604(a)(1)(B). The Trustee further grants and conveys, but without covenant or warranty, express or implied, to the Grantee all of the personal property security and other collateral subject to the security interests of the Grantee pursuant to the Deed of Trust that are described in **Exhibit B (Personal Property)** attached hereto.

Dated: October 9, 2012.

THE TRUSTEE:

ASSURED LENDER SERVICES, INC.

By: _____
TINA SUIHKONEN
President

**[Signature Must Be Acknowledged]**

## CERTIFICATE OF ACKNOWLEDGEMENT

State of California

            s.s.

County of Orange

On __10|9|____, 20_12_, before me, _L. ASKEW, A Notary Public_
         DATE                                NAME AND TITLE OF OFFICER

personally appeared TINA SUIHKONEN, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

                                 L. ASKEW
                             Commission # 1915156
                          Notary Public - California       (Seal)
                              Orange County
SIGNATURE OF NOTARY           My Comm. Expires Dec 31, 2014

My Commission expires: _____

Notary Name: _____

Notary Phone: _____

Notary Registration Number: _____

County of Principal Place of Business: _____

CWCapital/DDR
Trustee's Deed on Sale (Foothill Ranch)
(Orange County, California)
Certificate of Acknowledgement
SF 1392317v1 71934-0001

# EXHIBIT A

## LEGAL DESCRIPTION
### (FOOTHILL RANCH)

REAL PROPERTY LOCATED IN THE CITY OF FOOTHILL RANCH (LAKE FOREST), COUNTY OF ORANGE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL 1:

PARCEL 7 OF PARCEL MAP NO. 92-259, AS SHOWN ON A MAP FILE IN BOOK 281, PAGES 33 THROUGH 41 INCLUSIVE OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT OVER THE COMMON AREA OF THE SHOPPING CENTER, AS DEFINED IN THE "DECLARATION", EXCLUDING PARCEL 1 ABOVE, INCLUDING, BUT NOT LIMITED TO, PARKING, INGRESS AND EGRESS TO AND FROM THE COMMON AREA AND PUBLIC STREETS, ADJACENT TO THE SHOPPING CENTER, PEDESTRIAN CROSSING, RIGHT AND EASEMENT TO INSTALL, MAINTAIN, REPAIR AND REPLACE COMMON UTILITY FACILITIES AS CREATED AND CONVEYED AS AN APPURTENANCE TO THE PROPERTY DESCRIBED AS PARCEL 1 ABOVE, IN, AND BY THE GRANT OF RECIPROCAL EASEMENTS, AND DECLARATION OF COVENANTS RUNNING WITH THE LAND (THE "DECLARATION") DATED MAY 21, 1993 RECORDED MAY 21, 1993 AS INSTRUMENT NO. 93-342311 OF OFFICIAL RECORDS.

PARCEL 3:

A PERPETUAL EASEMENT FOR A TRUCK DOCK ACCESS INCLUDING LOADING AND UNLOADING OF COMMERCIAL AND OTHER VEHICLES, AS WELL AS A PERPETUAL EASEMENT FOR ACCESS OVER THE COMMON AREA TO A PHYSICALLY OPEN PUBLIC STREET KNOWN AS BAKE PARKWAY, AS CONVEYED PURSUANT TO THAT CERTAIN ROADWAY ACCESS EASEMENT AGREEMENT KNOWN AS COMMON DRIVEWAY EASEMENT AGREEMENT, DATED MAY 21, 1993, RECORDED MAY 21, 1993 AS INSTRUMENT NO. 93-0342312 OF OFFICIAL RECORDS.

APN 612-092-20.

## EXHIBIT B

### PERSONAL PROPERTY

All of the Property (as defined in the Deed of Trust) that is (i) tangible personal property that is located on or at the Trust Property, including Building Equipment (as defined in the Deed of Trust) located thereon or thereat; or (i) intangible personal property—other than accounts, cash, cash equivalents, deposit accounts, payment intangibles, other rights to the payment of money, insurance policies, and instruments—that directly relates to, is derived from, or is used in connection with the Trust Property or any tangible personal property identified in the foregoing clause (i), including REAs (as defined, by reference, in the Deed of Trust), Licenses (as defined in the Deed of Trust), plans and specifications for the construction of the Improvements (as defined in the Deed of Trust), and general intangibles (other than Leases (as defined in the Deed of Trust)) related to, derived from, or used in connection with the ownership, leasing, construction, maintenance, operation, occupancy, or sale of the Trust Property or any of that tangible personal property, including warranties.