JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiffs WELLS FARGO BANK, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through CWCapital Asset Management, LLC, its Special Servicer

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, etc., <br><br> Plaintiffs, <br><br> v. <br><br> DDR MDT MV ANAHEIM HILLS LP, etc., et al., <br><br> Defendant. | CASE NO.    CV 10-3493 EMC xxx <br><br> **ORDER GRANTING MOTION FOR ORDERS:** <br><br> **(1)   APPROVING OF RECEIVER'S FINAL ACCOUNTING;** <br> **(2)   APPROVING OF RECEIVER'S FINAL FEES AND EXPENSES;** <br> **(3)   DISCHARGING RECEIVER;** <br> **(4)   EXONERATING RECEIVER'S BOND;** <br> **(5)   APPROVING TURNOVER OF BOND;** <br> **(6)   RATIFYING ACTS OF RECEIVER** <br><br> Date:   February 28, 2013 <br> Time:  1:30 p.m. <br> Place:  450 Golden Gate Avenue <br>           San Francisco, California <br>           Courtroom 5, 17th Floor |

The Motion of Plaintiffs Wells Fargo Bank, N.A., as Trustee for (i) the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass-Through Certificates, Series 2005-C4; (ii) the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1; and (iii) the Holders of COMM 2005-FL11 Commercial Mortgage Pass-Through Certificates, acting by and through CWCapital Asset Management, LLC, its Special Servicer for Orders (collectively, the "Trust" or "Plaintiffs"):  (1) Approving of Receiver's Final Accounting; (2) Approving of Receiver's Final Fees

And Expenses; (3) Discharging Receiver; (4) Exonerating Receiver's Bond; (5) Approving Turnover of Receivership Funds; and (6) Ratifying Acts of Receiver (the "Motion") came on regularly for hearing on February 28, 2013 in the above-entitled Court.  Appearances were as noted in the Record.

This Court, having considered the pleadings and papers timely filed herein, the oral argument of the parties, and the Supplemental Declaration of William Hoffman subsequently filed in support of the Motion on March 13, 2013, and all parties listed on the Proof of Service of the Motion filed concurrently herewith having received due and proper notice of the Motion and good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Final Accounting (as that term is defined in the Motion) is hereby ratified and approved in all respects.

2. The Receiver's compensation, fees and expenses in an amount of $62,103.75 and $102,002.48 for fees and expenses, respectively, incurred from August 24, 2010 through and including December 31, 2012 as set forth in the Final Accounting and the declaration of William Hoffman filed in support of the Motion, are hereby ratified and approved in all respects.

3. William Hoffman shall be discharged as Receiver.

4. The undertaking filed by the Receiver in the above-entitled action on August 26, 2010 in the amount of $300,000.00, issued by Hartford First Insurance Company, shall be exonerated.

5. The Receiver shall be relieved from any liability to all owners and tenants located at the real property and improvements thereon (collectively, the Real Properties") with respect to the Real Properties described in Schedule A attached hereto and incorporated by this references as though set forth in full.

6. The Receiver will turn over to the Trust all funds remaining in the receivership estate, if any, which remain in his possession, on or before 10 calendar days have elapsed from the date of the filing of this Order.

///

7. The Receiver shall have no responsibility for filing federal or state income tax returns or federal or state payroll tax returns and shall not be responsible for paying any unpaid federal and state payroll taxes and expenses of the Defendants.  The responsibility of such filings and payments lie exclusively with the Defendants and their agents, servants, employees and representatives.

8. The acts, transactions, forbearances and decisions of the Receiver and/or his agents and representatives, are approved and were appropriate and were in the best interest of the receivership estate and the parties to the above entitled action and are ratified.

9. The Receiver shall (i) have no obligation or further liability, responsibility for any assets of the receivership estate or any claims or rights which may arise in connection with those assets, and (ii) have no further liability or obligation to the Trust or any of the persons or entities identified in <u>Exhibit 1</u> to the Notice of Motion, except as expressly set forth in this Order.

DATED: _____

UNITED STATES DISTRICT JUDGE

## SCHEDULE A

| Borrower | Store No. | Real Property Address |
|---|---|---|
| DDR MDT MV Anaheim Hills LP | 266 | 8100 East Santa Ana Canyon Blvd. Anaheim, CA |
| DDR MDT MV Antioch LP | 011 | 2602 Somersville Rd. Antioch, CA |
| DDR MDT MV Burbank LP | 236 | 2345 East Magnolia Blvd. Burbank, CA |
| DDR MDT MV Chandler LLC | 154 | 2994 North Alma School Rd. Chandler, AZ |
| DDR MDT MV Chino LP | 184 | 5517 Philadelphia St. Chino, CA |
| DDR MDT MV Clovis LP | 216 | 1000 Shaw Ave. Clovis, CA |
| DDR MDT MV Deer Valley LLC | 055 | 4255 W. Thunderbird Rd. Phoenix, AZ |
| DDR MDT MV Folsom LP | 320 | 1010 East Bidwell St. Folsom, CA |
| DDR MDT MV Foothill Ranch LP | 291 | 26732 Portola Pkwy. Foothill Ranch, CA |
| DDR MDT MV Garden Grove LP | 085 | 13092 Harbor Blvd. Garden Grove, CA |
| DDR MDT MV Ingram LP | 140 | 6157 Northwest Loop 410 San Antonio, TX |
| DDR MDT MV Lompoc LP | 264 | 1600 North H St. Lompoc, CA |
| DDR MDT MV Madera LP | 232 | 1467 Country Club Dr. Madera, CA |
| DDR MDT MV North Fullerton I LP | 249 | 200 Imperial Hwy. Fullerton, CA |

| Borrower | Store No. | Real Property Address |
|---|---|---|
| DDR MDT MV Palmdale LP | 265 | 1305 West Rancho Vista Blvd. Palmdale, CA |
| DDR MDT MV Redding LP | 124 | 1755 Hilltop Dr. Redding, CA |
| DDR MDT MV Reno LLC | 318 | 6895 Sierra Center Pkwy. Reno, NV |
| DDR MDT MV Santa Maria, LP | 219 | 201 Towncenter West Santa Maria, CA |
| DDR MDT MV Santa Rosa LP | 034 | 600 Santa Rosa Plaza Santa Rosa, CA |
| DDR MDT MV Slatten Ranch LP | 321 | 5849 Lone Tree Way Antioch, CA |
| DDR MDT MV Sonora LP | 283 | 1151 Sanguinetti Rd. Sonora, CA |
| DDR MDT MV Superstition Springs LLC | 234 | 6555 East Southern Ave. Mesa, AZ |
| DDR MDT MV Tucson LLC | 103 | 3660 South 16th St. Tucson, AZ |
| DDR MDT MV Tulare LP | 250 | 1675 Hillman St. Tulare, CA |